**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BOBBY F. HUNTER                                                                                    PLAINTIFF
ADC #153286

v.                              NO. 4:15CV00091 JLH/BD

SERGEANT SHORT, et al.                                                                      DEFENDANTS

**ORDER**

On February 12, 2015, Bobby F. Hunter, an inmate in the Omega Center of the Arkansas Department of Correction, filed a complaint under 42 U.S.C. § 1983. Hunter alleges that his constitutional rights were violated while he was housed at the Omega Center.

The Omega Center is located in Malvern, Arkansas, which lies in the Western District of Arkansas. The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Hot Springs Division, Judge Isaac C. Parker Federal Building, 30 South 6th Street, Room 1038, Fort Smith, Arkansas 72901.

IT IS SO ORDERED this 19th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE